| CO. | FILE | DIV | DEPT. | VCHR NO. | |
|---|---|---|---|---|---|
| GFK | 124081 | 121 | 006334 | 0000183217 | 1 |
| | | | | HRID 400557976 | |

Page 1 (Con't Next Page)  117-0095

DHL EXPRESS (USA), INC.
360 WESTAR BLVD.
WESTERVILLE, OH 43082

**Earnings Statement**  ADP

Period Beginning: 04/26/2021
Period Ending: 05/02/2021
Pay Date: 05/06/2021

Filing Status: Head of household
Exemptions/Allowances:
   Federal: Standard Withholding Table

MATTHEW JAMES
2652 S. 72ND
PHILADELPHIA   PA   19153

| Earnings | rate | units | this period | year to date |
|---|---|---|---|---|
| Regular | 24.7425 | 32.00 | 791.76 | 16,255.03 |
| Overtime | 37.1138 | 16.00 | 593.82 | 7,372.99 |
| Union Ot 2.0X | 49.4855 | 12.05 | 596.30 | 3,275.46 |
| Desig Holiday | | | | 383.84 |
| Flt Holiday | | | | 581.78 |
| Retro | | | | 31.76 |
| Shift Differen | | | | 206.19 |
| Sick Hours | | | | 575.76 |
| **Gross Pay** | | | **$1,981.88** | 27,682.81 |

Your federal taxable wages this period are $1,981.88

**Other Benefits and Information**

| | this period | total to date |
|---|---|---|
| Totl Hrs Worked | 60.05 | |

**Important Notes**
YOUR COMPANY PHONE NUMBER IS 866-504-6943
For customer service assistance, contact askPAYROLL via
Email at askPAYROLL@dhl.com  or telephone 1-866-504-6943

For easy access to your pay information, logon to MyADP at
https://My.ADP.com

EFFECTIVE THIS PAY PERIOD YOUR LOCALITY
JURISDICTION HAS BEEN CHANGED.

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -246.79 | 2,807.96 |
| | Social Security Tax | -122.87 | 1,716.33 |
| | Medicare Tax | -28.74 | 401.40 |
| | PA State Income Tax | -60.84 | 849.87 |
| | Philadelphia Income Tax | -76.72 | 1,071.66 |
| | PA SUI Tax | -1.19 | 16.61 |
| | Sharon Hill Local Svc Tax | | 1.00 |
| | **Other** | | |
| | 4Th Ck Of Mo | | 296.00 |
| | **Net Pay** | **$1,444.73** | |
| | Checking | -1,444.73 | |
| | **Net Check** | **$0.00** | |

**Additional Tax Withholding Information**
Taxable Marital Status:
   PA:    Single
Exemptions/Allowances:
   PA:    N/A

| Kronos PTO | YTD Taken | Balance |
|---|---|---|
| Anniversary Day | 0.00 | 0.00 |
| Birthday | 0.00 | 0.00 |
| Personal | 24.00 | 16.00 |
| Sick | 24.00 | 40.00 |
| Sick Bank | 0.00 | 0.00 |

© 2000 ADP, LLC

DHL EXPRESS (USA), INC.
360 WESTAR BLVD.
WESTERVILLE, OH 43082

Advice number: 00000183217
Pay date: 05/06/2021

Deposited to the account of       account number    transit ABA       amount
MATTHEW JAMES                     xxxxxx5257        xxxx xxxx         $1,444.73

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

```
CO.   FILE   DIV   DEPT.   VCHR NO
GFK   124081 121   006334  0000172771   1
                          HRID 400557976
Page 1 (Con't Next Page)           118-0095
DHL EXPRESS (USA), INC.
360 WESTAR BLVD.
WESTERVILLE,  OH 43082
```

## Earnings Statement                            ADP

Period Beginning:    04/19/2021
Period Ending:       04/25/2021
Pay Date:            04/29/2021

Filing Status: Head of household
Exemptions/Allowances:
  Federal: Standard Withholding Table

MATTHEW JAMES
2652 S. 72ND
PHILADELPHIA  PA  19153

| Earnings | rate | units | this period | year to date |
|---|---|---|---|---|
| Regular | 24.7425 | 31.88 | 788.79 | 14,463.27 |
| Overtime | 37.1135 | 8.90 | 330.31 | 6,779.17 |
| Flt Holiday | 24.7425 | 8.00 | 197.94 | 581.78 |
| Union Ot 2.0X | 49.4844 | 12.18 | 602.72 | 2,679.16 |
| Desig Holiday | | | | 383.84 |
| Retro | | | | 31.76 |
| Shift Differen | | | | 206.19 |
| Sick Hours | | | | 576.76 |
| **Gross Pay** | | | **$1,919.76** | 25,700.93 |

Your federal taxable wages this period are $1,919.76

**Other Benefits and Information**   this period   total to date
Totl Hrs Worked                       52.96

**Important Notes**
YOUR COMPANY PHONE NUMBER IS 866-504-6943
For customer service assistance, contact askPAYROLL via
Email at askPAYROLL@dhl.com  or telephone 1-866-504-6943

For easy access to your pay information, logon to MyADP at https://My.ADP.com

EFFECTIVE THIS PAY PERIOD YOUR LOCALITY JURISDICTION HAS BEEN CHANGED.

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -233.12 | 2,561.17 |
| | Social Security Tax | -119.03 | 1,593.46 |
| | Medicare Tax | -27.83 | 372.66 |
| | PA State Income Tax | -58.94 | 789.03 |
| | Philadelphia Income Tax | -74.32 | 994.94 |
| | Sharon Hill Local Svc Tax | -1.00 | 1.00 |
| | PA SUI Tax | -1.15 | 15.42 |
| **Other** | | | |
| | 4Th Ck Of Mo | | 296.00 |
| **Net Pay** | | **$1,404.37** | |
| | Checking | -1,404.37 | |
| **Net Check** | | **$0.00** | |

**Additional Tax Withholding Information**
Taxable Marital Status:
  PA:        Single
Exemptions/Allowances:
  PA:        N/A

| Kronos PTO | YTD Taken | Balance |
|---|---|---|
| Anniversary Day | 0.00 | 0.00 |
| Birthday | 0.00 | 0.00 |
| Personal | 24.00 | 16.00 |
| Sick | 24.00 | 40.00 |
| Sick Bank | 0.00 | 0.00 |

© 2000 ADP, LLC

DHL EXPRESS (USA), INC.
360 WESTAR BLVD.
WESTERVILLE, OH 43082

Advice number:  00000172771
Pay date:       04/29/2021

Deposited to the account of
MATTHEW JAMES

| account number | transit | ABA | amount |
|---|---|---|---|
| xxxxx57 | xxxx | xxxx | $1,404.37 |

**THIS IS NOT A CHECK**

**NON-NEGOTIABLE**

```
CO.   FILE    DIV   DEPT.   VCHR NO
GFK   124081  121   006334  0000162896  1
                    HRID   400557976
Page 1 (Con't Next Page)              122-0095
DHL EXPRESS (USA), INC.
360 WESTAR BLVD.
WESTERVILLE, OH 43082
```

**Earnings Statement**   ADP

Period Beginning: 04/12/2021
Period Ending:    04/18/2021
Pay Date:         04/22/2021

Filing Status: Head of household
Exemptions/Allowances:
  Federal: Standard Withholding Table

MATTHEW JAMES
2652 S. 72ND
PHILADELPHIA   PA   19153

| Earnings | rate | units | this period | year to date |
|---|---|---|---|---|
| Regular | 24.7425 | 32.00 | 791.76 | 13,674.48 |
| Overtime | 37.1136 | 15.93 | 591.22 | 6,448.86 |
| Union Ot 2.0X | 49.4855 | 11.70 | 578.98 | 2,076.44 |
| Desig Holiday | | | | 383.84 |
| Flt Holiday | | | | 383.84 |
| Retro | | | | 31.76 |
| Shift Differen | | | | 206.19 |
| Sick Hours | | | | 675.76 |
| **Gross Pay** | | | **$1,961.96** | 23,781.17 |

Your federal taxable wages this period are $1,961.96

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Totl Hrs Worked | 59.63 | |

**Important Notes**
YOUR COMPANY PHONE NUMBER IS 866-504-6943
For customer service assistance, contact askPAYROLL via
Email at askPAYROLL@dhl.com or telephone 1-866-504-6943

For easy access to your pay information, logon to MyADP at
https://My.ADP.com

| Deductions | | | |
|---|---|---|---|
| Statutory | | | |
| Federal Income Tax | -242.41 | | 2,328.05 |
| Social Security Tax | -121.64 | | 1,474.43 |
| Medicare Tax | -28.45 | | 344.83 |
| PA State Income Tax | -60.23 | | 730.09 |
| Philadelphia Income Tax | -75.95 | | 920.62 |
| PA SUI Tax | -1.18 | | 14.27 |
| Other | | | |
| 4Th Ck Of Mo | -74.00 | | 296.00 |
| **Net Pay** | **$1,358.10** | | |
| Checking | -1,358.10 | | |
| **Net Check** | **$0.00** | | |

**Additional Tax Withholding Information**
Taxable Marital Status:
  PA:   Single
Exemptions/Allowances:
  PA:   N/A

| Kronos PTO | YTD Taken | Balance |
|---|---|---|
| Anniversary Day | 0.00 | 0.00 |
| Birthday | 0.00 | 0.00 |
| Personal | 16.00 | 24.00 |
| Sick | 24.00 | 40.00 |
| Sick Bank | 0.00 | 0.00 |
| Vacation | 0.00 | 0.00 |

© 2000 ADP, LLC

DHL EXPRESS (USA), INC.
360 WESTAR BLVD.
WESTERVILLE, OH 43082

Advice number:  00000162896
Pay date:       04/22/2021

Deposited to the account of         account number   transit   ABA      amount
MATTHEW JAMES                       xxxxx7757        XXXX XXXX          $1,358.10

**THIS IS NOT A CHECK**

**NON-NEGOTIABLE**

## Earnings Statement

| CO. GFK | FILE 124081 | DIV 121 | DEPT. 006334 | VCHR NO 0000152957 | 1 |
|---|---|---|---|---|---|
| | | | HRID | 400557976 | |

Page 1 (Con't Next Page)  123-0095
DHL EXPRESS (USA), INC.
360 WESTAR BLVD.
WESTERVILLE, OH 43082

Period Beginning: 04/05/2021
Period Ending: 04/11/2021
Pay Date: 04/15/2021

Filing Status: Head of household
Exemptions/Allowances:
Federal: Standard Withholding Table

MATTHEW JAMES
2652 S. 72ND
PHILADELPHIA PA 19153

| Earnings | rate | units | this period | year to date |
|---|---|---|---|---|
| Regular | 24.7425 | 32.00 | 791.76 | 12,882.72 |
| Overtime | 37.1138 | 13.80 | 512.17 | 5,857.64 |
| Union Ot 2.0X | 49.4848 | 10.87 | 537.90 | 1,497.46 |
| Desig Holiday | | | | 383.84 |
| Flt Holiday | | | | 383.84 |
| Retro | | | | 31.76 |
| Shift Differen | | | | 206.19 |
| Sick Hours | | | | 575.76 |
| **Gross Pay** | | | **$1,841.83** | 21,819.21 |

Your federal taxable wages this period are $1,841.83

**Other Benefits and Information**

| | this period | total to date |
|---|---|---|
| Totl Hrs Worked | 56.67 | |

**Important Notes**
YOUR COMPANY PHONE NUMBER IS 866-504-6943
For customer service assistance, contact askPAYROLL via Email at askPAYROLL@dhl.com or telephone 1-866-504-6943

For easy access to your pay information, logon to MyADP at https://My.ADP.com

YOUR HOURLY RATE HAS BEEN CHANGED FROM 23.9900 TO 24.7425.

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -215.98 | 2,085.64 |
| | Social Security Tax | -114.19 | 1,352.79 |
| | Medicare Tax | -26.71 | 316.38 |
| | PA State Income Tax | -56.54 | 669.86 |
| | Philadelphia Income Tax | -71.30 | 844.67 |
| | PA SUI Tax | -1.10 | 13.09 |
| **Other** | | | |
| | 4Th Ck Of Mo | | 222.00 |
| **Net Pay** | | **$1,356.01** | |
| | Checking | -1,356.01 | |
| **Net Check** | | **$0.00** | |

**Additional Tax Withholding Information**
Taxable Marital Status:
  PA:   Single
Exemptions/Allowances:
  PA:   N/A

| Kronos PTO | YTD Taken | Balance |
|---|---|---|
| Anniversary Day | 0.00 | 0.00 |
| Birthday | 0.00 | 0.00 |
| Personal | 16.00 | 24.00 |
| Sick | 24.00 | 40.00 |
| Sick Bank | 0.00 | 0.00 |

© 2000 ADP, LLC

DHL EXPRESS (USA), INC.
360 WESTAR BLVD.
WESTERVILLE, OH 43082

Advice number: 00000152957
Pay date: 04/15/2021

Deposited to the account of
MATTHEW JAMES

| account number | transit | ABA | amount |
|---|---|---|---|
| xxxxxx57 | XXXX | XXXX | $1,356.01 |

**THIS IS NOT A CHECK**

**NON-NEGOTIABLE**

| CO. | FILE | DIV | DEPT. | VCHR NO |  |
|---|---|---|---|---|---|
| GFK | 124081 | 121 | 006334 | 0000142749 | 1 |
|  |  |  | HRID | 400557976 |  |

Page 1 (Con't Next Page)    125-0095

DHL EXPRESS (USA), INC.
360 WESTAR BLVD.
WESTERVILLE, OH 43082

**Earnings Statement**    ADP

Period Beginning:    03/29/2021
Period Ending:    04/04/2021
Pay Date:    04/08/2021

Filing Status: Head of household
Exemptions/Allowances:
    Federal: Standard Withholding Table

MATTHEW JAMES
2652 S. 72ND
PHILADELPHIA   PA   19153

| Earnings | rate | units | this period | year to date |
|---|---|---|---|---|
| Regular | 23.9900 | 32.00 | 767.68 | 12,090.96 |
| Overtime | 36.2387 | 12.40 | 449.36 | 5,345.47 |
| Desig Holiday | 23.9900 | 8.00 | 191.92 | 383.84 |
| Retro |  |  | 31.76 | 31.76 |
| Union Ot 2.0X | 48.4864 | 10.32 | 500.38 | 959.56 |
| Flt Holiday |  |  |  | 383.84 |
| Shift Differen |  |  |  | 206.19 |
| Sick Hours |  |  |  | 675.76 |
| **Gross Pay** |  |  | **$1,941.10** | 19,977.38 |

Your federal taxable wages this period are $1,941.10

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Totl Hrs Worked | 54.72 |  |

**Important Notes**
YOUR COMPANY PHONE NUMBER IS 866-504-6943
For customer service assistance, contact askPAYROLL via
Email at askPAYROLL@dhl.com   or telephone 1-866-504-6943

For easy access to your pay information, logon to MyADP at
https://My.ADP.com

**Additional Tax Withholding Information**
Taxable Marital Status:
    PA:    Single
Exemptions/Allowances:
    PA:    N/A

| Deductions | Statutory |  |  |
|---|---|---|---|
|  | Federal Income Tax | -237.82 | 1,869.66 |
|  | Social Security Tax | -120.35 | 1,238.60 |
|  | Medicare Tax | -28.14 | 289.67 |
|  | PA State Income Tax | -59.59 | 613.32 |
|  | Philadelphia Income Tax | -76.14 | 773.37 |
|  | PA SUI Tax | -1.17 | 11.99 |
|  | Other |  |  |
|  | 4Th Ck Of Mo |  | 222.00 |
| **Net Pay** |  | **$1,418.89** |  |
|  | Checking | -1,418.89 |  |
| **Net Check** |  | **$0.00** |  |

| Kronos PTO | YTD Taken | Balance |
|---|---|---|
| Anniversary Day | 0.00 | 0.00 |
| Birthday | 0.00 | 0.00 |
| Personal | 16.00 | 24.00 |
| Sick | 24.00 | 40.00 |
| Sick Bank | 0.00 | 0.00 |
| Vacation | 0.00 | 0.00 |

© 2000 ADP, LLC

DHL EXPRESS (USA), INC.
360 WESTAR BLVD.
WESTERVILLE, OH 43082

Advice number:    00000142749
Pay date:    04/08/2021

Deposited to the account of    account number    transit    ABA    amount
MATTHEW JAMES    xxxxxx3757    xxxx xxxx    $1,418.89

**THIS IS NOT A CHECK**

**NON-NEGOTIABLE**

```
CO.    FILE    DIV   DEPT.    VCHR NO
GFK   124081   121   006334   0000132773   1
                     HRID    400557976
Page  1 (Con't Next Page)                  116-0095
DHL EXPRESS (USA), INC.
360 WESTAR BLVD.
WESTERVILLE,   OH  43082
```

# Earnings Statement    ADP

Period Beginning:    03/22/2021
Period Ending:       03/28/2021
Pay Date:            04/01/2021

Filing Status: Head of household
Exemptions/Allowances:
    Federal: Standard Withholding Table

MATTHEW  JAMES
2652 S. 72ND
PHILADELPHIA  PA  19153

| Earnings | rate | units | this period | year to date |
|---|---|---|---|---|
| Regular | 23.9900 | 32.00 | 767.68 | 11,323.28 |
| Overtime | 35.9851 | 6.03 | 216.99 | 4,896.11 |
| Flt Holiday | 23.9900 | 8.00 | 191.92 | 383.84 |
| Shift Differen | 0.7500 | 32.00 | 24.00 | 206.19 |
| Shift Differen | 1.1244 | 6.03 | 6.78 | |
| Desig Holiday | | | | 191.92 |
| Sick Hours | | | | 575.76 |
| Union Ot 2.0X | | | | 459.18 |
| **Gross Pay** | | | **$1,207.37** | 18,036.28 |

Your federal taxable wages this period are $1,207.37

**Other Benefits and Information**

| | this period | total to date |
|---|---|---|
| Toll Hrs Worked | 38.03 | |

**Important Notes**
YOUR COMPANY PHONE NUMBER IS 866-504-6943
For customer service assistance, contact askPAYROLL via
Email at askPAYROLL@dhl.com   or telephone 1-866-504-6943

For easy access to your pay information, logon to MyADP at
https://My.ADP.com

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -96.04 | 1,631.84 |
| | Social Security Tax | -74.86 | 1,118.25 |
| | Medicare Tax | -17.51 | 261.53 |
| | PA State Income Tax | -37.07 | 553.73 |
| | Philadelphia Income Tax | -46.74 | 698.23 |
| | PA SUI Tax | -0.72 | 10.82 |
| | **Other** | | |
| | 4Th Ck Of Mo | | 222.00 |
| | **Net Pay** | **$934.43** | |
| | Checking | -934.43 | |
| | **Net Check** | **$0.00** | |

**Additional Tax Withholding Information**
Taxable Marital Status:
    PA:        Single
Exemptions/Allowances:
    PA:        N/A

| Kronos PTO | YTD Taken | Balance |
|---|---|---|
| Anniversary Day | 0.00 | 0.00 |
| Birthday | 0.00 | 0.00 |
| Personal | 16.00 | 24.00 |
| Sick | 24.00 | 0.00 |
| Sick Bank | 0.00 | 0.00 |
| Vacation | 0.00 | 0.00 |

© 2000 ADP, LLC

DHL EXPRESS (USA), INC.
360 WESTAR BLVD.
WESTERVILLE, OH  43082

Advice number:  00000132773
Pay date:       04/01/2021

Deposited to the account of                account number    Transit   ABA       amount
MATTHEW  JAMES                             XXXXX5757         XXXX  XXXX          $934.43

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

```
CO.   FILE    DIV   DEPT.   VCHR NO
GFK   124081  121   006334  0000122805   1
                    HRID  400557976
Page 1 (Con't Next Page)              116-0095
DHL EXPRESS (USA), INC.
360 WESTAR BLVD.
WESTERVILLE,  OH  43082
```

## Earnings Statement  ADP

Period Beginning: 03/15/2021
Period Ending: 03/21/2021
Pay Date: 03/25/2021

Filing Status: Head of household
Exemptions/Allowances:
  Federal: Standard Withholding Table

MATTHEW JAMES
2652 S. 72ND
PHILADELPHIA  PA  19153

| Earnings | rate | units | this period | year to date |
|---|---|---|---|---|
| Regular | 23.9900 | 40.00 | 959.60 | 10,555.60 |
| Overtime | 35.9851 | 8.08 | 290.76 | 4,679.12 |
| Shift Differen | 0.7500 | 40.00 | 30.00 | 175.41 |
| Shift Differen | 1.1250 | 8.08 | 9.09 | |
| Desig Holiday | | | | 191.92 |
| Flt Holiday | | | | 191.92 |
| Sick Hours | | | | 575.76 |
| Union Ot 2.0X | | | | 459.18 |
| **Gross Pay** | | | **$1,289.45** | 16,828.91 |

Your federal taxable wages this period are $1,289.45

**Other Benefits and Information**

| | this period | total to date |
|---|---|---|
| Tot Hrs Worked | 48.08 | |

**Important Notes**
YOUR COMPANY PHONE NUMBER IS 866-504-6943
For customer service assistance, contact askPAYROLL via
Email at askPAYROLL@dhl.com  or telephone  1-866-504-6943

For easy access to your pay information, logon to MyADP at
https://My.ADP.com

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -105.89 | 1,535.80 |
| | Social Security Tax | -79.94 | 1,043.39 |
| | Medicare Tax | -18.70 | 244.02 |
| | PA State Income Tax | -39.59 | 516.66 |
| | Philadelphia Income Tax | -49.92 | 651.49 |
| | PA SUI Tax | -0.78 | 10.10 |
| | **Other** | | |
| | 4Th Ck Of Mo | -74.00 | 222.00 |
| | **Net Pay** | **$920.63** | |
| | Checking | -920.63 | |
| | **Net Check** | **$0.00** | |

**Additional Tax Withholding Information**
Taxable Marital Status:
  PA:  Single
Exemptions/Allowances:
  PA:  N/A

| Kronos PTO | YTD Taken | Balance |
|---|---|---|
| Anniversary Day | 0.00 | 0.00 |
| Birthday | 0.00 | 0.00 |
| Personal | 8.00 | 32.00 |
| Sick | 24.00 | 0.00 |
| Sick Bank | 0.00 | 0.00 |
| Vacation | 0.00 | 0.00 |

©2000 ADP, LLC

DHL EXPRESS (USA), INC.
360 WESTAR BLVD.
WESTERVILLE, OH 43082

Advice number: 00000122805
Pay date: 03/25/2021

Deposited to the account of: MATTHEW JAMES
account number: xxxxx3757
transit ABA: XXXX XXXX
amount: $920.63

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

```
CO.  FILE   DIV  DEPT.   VCHR NO
GFK  124081 121  006334  0000112800   1
Page 1 (Con't Next Page)   HRID 400557976
                                      117-0095
DHL EXPRESS (USA), INC.
360 WESTAR BLVD.
WESTERVILLE,  OH 43082
```

## Earnings Statement

Period Beginning: 03/08/2021
Period Ending: 03/14/2021
Pay Date: 03/18/2021

Filing Status: Head of household
Exemptions/Allowances:
  Federal: Standard Withholding Table

MATTHEW JAMES
2652 S. 72ND
PHILADELPHIA  PA 19153

| Earnings | rate | units | this period | year to date |
|---|---|---|---|---|
| Regular | 23.9900 | 40.00 | 959.60 | 9,596.00 |
| Overtime | 35.9847 | 5.88 | 211.59 | 4,388.36 |
| Shift Differen | 0.7600 | 40.00 | 30.00 | 136.32 |
| Shift Differen | 1.1259 | 5.88 | 6.62 | |
| Desig Holiday | | | | 191.92 |
| Flt Holiday | | | | 191.92 |
| Sick Hours | | | | 575.76 |
| Union Ot 2.0X | | | | 459.18 |
| **Gross Pay** | | | **$1,207.81** | 15,539.46 |

Your federal taxable wages this period are $1,207.81

**Other Benefits and Information** — this period — total to date
Ttl Hrs Worked — 45.88

**Important Notes**
YOUR COMPANY PHONE NUMBER IS 866-504-6943
For customer service assistance, contact askPAYROLL via
Email at askPAYROLL@dhl.com or telephone 1-866-504-6943

For easy access to your pay information, logon to MyADP at
https://My.ADP.com

**Additional Tax Withholding Information**
Taxable Marital Status:
  PA: Single
Exemptions/Allowances:
  PA: N/A

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -96.09 | 1,429.91 |
| | Social Security Tax | -74.89 | 963.45 |
| | Medicare Tax | -17.51 | 225.32 |
| | PA State Income Tax | -37.08 | 477.07 |
| | Philadelphia Income Tax | -46.76 | 601.57 |
| | PA SUI Tax | -0.72 | 9.32 |
| | **Other** | | |
| | 4Th Ck Of Mo | | 148.00 |
| | **Net Pay** | **$934.76** | |
| | Checking | -934.76 | |
| | **Net Check** | **$0.00** | |

| Kronos PTO | YTD Taken | Balance |
|---|---|---|
| Anniversary Day | 0.00 | 0.00 |
| Birthday | 0.00 | 0.00 |
| Personal | 8.00 | 32.00 |
| Sick | 24.00 | 0.00 |
| Sick Bank | 0.00 | 0.00 |
| Vacation | 0.00 | 0.00 |

©2000 ADP, LLC

---

DHL EXPRESS (USA), INC.
360 WESTAR BLVD.
WESTERVILLE, OH 43082

Advice number: 00000112800
Pay date: 03/18/2021

Deposited to the account of
MATTHEW JAMES

| account number | Transit ABA | amount |
|---|---|---|
| xxxxxx5757 | XXXX XXXX | $934.76 |

**THIS IS NOT A CHECK**

**NON-NEGOTIABLE**

```
CO.   FILE    DIV    DEPT.    VCHR NO
GFK   124081  121    006334   0000102867   1
                     HRID     400557976
Page 1 (Con't Next Page)              122-0095
DHL EXPRESS (USA), INC.
360 WESTAR BLVD.
WESTERVILLE,  OH 43082
```

## Earnings Statement  ADP

Period Beginning: 03/01/2021
Period Ending:    03/07/2021
Pay Date:         03/11/2021

Filing Status: Head of household
Exemptions/Allowances:
  Federal: Standard Withholding Table

MATTHEW JAMES
2652 S. 72ND
PHILADELPHIA  PA  19153

| Earnings       | rate    | units | this period | year to date |
|----------------|---------|-------|-------------|--------------|
| Regular        | 23.9900 | 32.00 | 767.68      | 8,636.40     |
| Overtime       | 35.9859 | 4.97  | 178.85      | 4,176.77     |
| Shift Differen | 0.7500  | 32.00 | 24.00       | 99.70        |
| Shift Differen | 1.1247  | 4.97  | 5.59        |              |
| Sick Hours     | 23.9900 | 8.00  | 191.92      | 575.76       |
| Desig Holiday  |         |       |             | 191.92       |
| Flt Holiday    |         |       |             | 191.92       |
| Union Ot 2.0X  |         |       |             | 459.18       |
| **Gross Pay**  |         |       | **$1,168.04** | 14,331.65  |

Your federal taxable wages this period are
$1,168.04

**Other Benefits and Information**

|                 | this period | total to date |
|-----------------|-------------|---------------|
| Totl Hrs Worked | 36.97       |               |

**Important Notes**
YOUR COMPANY PHONE NUMBER IS 866-504-6943
For customer service assistance, contact askPAYROLL via
Email at askPAYROLL@dhl.com  or telephone 1-866-504-6943

For easy access to your pay Information, logon to MyADP at
https://My.ADP.com

| Deductions | Statutory              |        |          |
|------------|------------------------|--------|----------|
|            | Federal Income Tax     | -91.32 | 1,333.82 |
|            | Social Security Tax    | -72.42 | 888.56   |
|            | Medicare Tax           | -16.94 | 207.81   |
|            | PA State Income Tax    | -35.86 | 439.99   |
|            | Philadelphia Income Tax| -45.22 | 554.81   |
|            | PA SUI Tax             | -0.70  | 8.60     |
|            | **Other**              |        |          |
|            | 4Th Ck Of Mo           |        | 148.00   |
|            | **Net Pay**            | **$905.58** |     |
|            | Checking               | -905.58 |         |
|            | **Net Check**          | **$0.00** |       |

**Additional Tax Withholding Information**
Taxable Marital Status:
  PA:  Single
Exemptions/Allowances:
  PA:  N/A

| Kronos PTO      | YTD Taken | Balance |
|-----------------|-----------|---------|
| Anniversary Day | 0.00      | 0.00    |
| Birthday        | 0.00      | 0.00    |
| Personal        | 8.00      | 32.00   |
| Sick            | 24.00     | 0.00    |
| Sick Bank       | 0.00      | 0.00    |
| Vacation        | 0.00      | 0.00    |

© 2000 ADP, LLC

DHL EXPRESS (USA), INC.
360 WESTAR BLVD.
WESTERVILLE, OH 43082

Advice number:  00000102867
Pay date:       03/11/2021

Deposited to the account of    account number   transit ABA         amount
MATTHEW JAMES                  xxxxxx3757       XXXX XXXX           $905.58

**THIS IS NOT A CHECK**

**NON-NEGOTIABLE**

```
CO.    FILE    DIV    DEPT.    VCHR NO
GFK    124081  121    006334   0000092792   1
                              HRID  400557976
Page 1 (Con't Next Page)              121-0095
DHL EXPRESS (USA), INC.
360 WESTAR BLVD.
WESTERVILLE, OH 43082
```

## Earnings Statement  ADP

Period Beginning: 02/22/2021
Period Ending: 02/28/2021
Pay Date: 03/04/2021

Filing Status: Head of household
Exemptions/Allowances:
  Federal: Standard Withholding Table

MATTHEW JAMES
2652 S. 72ND
PHILADELPHIA PA 19153

| Earnings | rate | units | this period | year to date |
|---|---|---|---|---|
| Regular | 23.9900 | 40.00 | 959.60 | 7,868.72 |
| Overtime | 35.9854 | 5.48 | 197.20 | 3,997.92 |
| Shift Differen | 0.7500 | 40.00 | 30.00 | 70.11 |
| Shift Differen | 1.1259 | 5.48 | 6.17 | |
| Desig Holiday | | | | 191.92 |
| Flt Holiday | | | | 191.92 |
| Sick Hours | | | | 383.84 |
| Union Ot 2.0X | | | | 459.18 |
| **Gross Pay** | | | **$1,192.97** | 13,163.61 |

Your federal taxable wages this period are $1,192.97

**Other Benefits and Information**

| | this period | total to date |
|---|---|---|
| Totl Hrs Worked | 45.48 | |

**Important Notes**
YOUR COMPANY PHONE NUMBER IS 866-504-6943
For customer service assistance, contact askPAYROLL via
Email at askPAYROLL@dhl.com or telephone 1-866-504-6943

For easy access to your pay information, logon to MyADP at https://My.ADP.com

**Additional Tax Withholding Information**
Taxable Marital Status:
  PA:    Single
Exemptions/Allowances:
  PA:    N/A

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -94.31 | 1,242.50 |
| | Social Security Tax | -73.96 | 816.14 |
| | Medicare Tax | -17.30 | 190.87 |
| | PA State Income Tax | -36.62 | 404.13 |
| | Philadelphia Income Tax | -46.18 | 509.69 |
| | PA SUI Tax | -0.72 | 7.90 |
| | **Other** | | |
| | 4Th Ck Of Mo | | 148.00 |
| | **Net Pay** | **$923.88** | |
| | Checking | -923.88 | |
| | **Net Check** | **$0.00** | |

| Kronos PTO | YTD Taken | Balance |
|---|---|---|
| Anniversary Day | 0.00 | 0.00 |
| Birthday | 0.00 | 0.00 |
| Personal | 8.00 | 32.00 |
| Sick | 16.00 | 8.00 |
| Sick Bank | 0.00 | 0.00 |
| Vacation | 0.00 | 0.00 |

© 2000 ADP, LLC

DHL EXPRESS (USA), INC.
360 WESTAR BLVD.
WESTERVILLE, OH 43082

Advice number: 00000092792
Pay date: 03/04/2021

Deposited to the account of     account number     Transit ABA     amount
MATTHEW JAMES                   xxxxxx457         XXXX XXXX        $923.88

**THIS IS NOT A CHECK**

**NON-NEGOTIABLE**

| CO. | FILE | DIV | DEPT. | VCHR NO |
|---|---|---|---|---|
| GFK | 124081 | 121 | 006334 | 0000082785  1 |
| | | | HRID | 400557976 |

Page 1 (Con't Next Page)   116-0095

DHL EXPRESS (USA), INC.
360 WESTAR BLVD.
WESTERVILLE, OH 43082

## Earnings Statement   ADP

Period Beginning:  02/15/2021
Period Ending:     02/21/2021
Pay Date:          02/26/2021

Filing Status: Head of household
Exemptions/Allowances:
   Federal: Standard Withholding Table

MATTHEW JAMES
2652 S. 72ND
PHILADELPHIA  PA  19153

### Earnings

| Earnings | rate | units | this period | year to date |
|---|---|---|---|---|
| Regular | 23.9900 | 40.00 | 959.60 | 6,909.12 |
| Overtime | 35.9857 | 3.50 | 125.95 | 3,800.72 |
| Shift Differen | 0.7500 | 40.00 | 30.00 | 33.94 |
| Shift Differen | 1.1257 | 3.50 | 3.94 | |
| Desig Holiday | | | | 191.92 |
| Flt Holiday | | | | 191.92 |
| Sick Hours | | | | 383.84 |
| Union Ot 2.0X | | | | 459.18 |
| **Gross Pay** | | | **$1,119.49** | 11,970.64 |

Your federal taxable wages this period are $1,119.49

**Other Benefits and Information**

| | this period | total to date |
|---|---|---|
| Totl Hrs Worked | 43.50 | |

**Important Notes**
YOUR COMPANY PHONE NUMBER IS 866-504-6943
For customer service assistance, contact askPAYROLL via
Email at askPAYROLL@dhl.com  or telephone 1-866-504-6943

For easy access to your pay information, logon to MyADP at
https://My.ADP.com

### Deductions

| Deductions | this period | year to date |
|---|---|---|
| **Statutory** | | |
| Federal Income Tax | -85.50 | 1,148.19 |
| Social Security Tax | -69.41 | 742.18 |
| Medicare Tax | -16.23 | 173.57 |
| PA State Income Tax | -34.37 | 367.51 |
| Philadelphia Income Tax | -43.34 | 463.41 |
| PA SUI Tax | -0.67 | 7.18 |
| **Other** | | |
| 4Th Ck Of Mo | -74.00 | 148.00 |
| **Net Pay** | **$795.97** | |
| Checking | -795.97 | |
| **Net Check** | **$0.00** | |

**Additional Tax Withholding Information**
Taxable Marital Status:
  PA:   Single
Exemptions/Allowances:
  PA:   N/A

| Kronos PTO | YTD Taken | Balance |
|---|---|---|
| Anniversary Day | 0.00 | 0.00 |
| Birthday | 0.00 | 0.00 |
| Personal | 8.00 | 32.00 |
| Sick | 16.00 | 8.00 |
| Sick Bank | 0.00 | 0.00 |
| Vacation | 0.00 | 0.00 |

©2000 ADP, LLC

DHL EXPRESS (USA), INC.
360 WESTAR BLVD.
WESTERVILLE, OH 43082

Advice number: 00000082785
Pay date:       02/25/2021

Deposited to the account of         account number    Transit  ABA        amount
MATTHEW JAMES                       xxxxxx3257       xxxx  xxxx         $795.97

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

| CO. | FILE | DIV | DEPT. | VCHR NO |
|---|---|---|---|---|
| GFK | 124081 | 121 | 006334 | 0000072778  1 |
| | | | HRID | 400557976 |

127-0095

DHL EXPRESS (USA), INC.
360 WESTAR BLVD.
WESTERVILLE, OH 43082

## Earnings Statement

Period Beginning: 02/08/2021
Period Ending: 02/14/2021
Pay Date: 02/18/2021

Filing Status: Head of household
Exemptions/Allowances:
  Federal: Standard Withholding Table

MATTHEW JAMES
2652 S. 72ND
PHILADELPHIA PA 19153

| Earnings | rate | units | this period | year to date |
|---|---|---|---|---|
| Regular | 23.9900 | 40.00 | 959.60 | 5,949.52 |
| Overtime | 35.9847 | 11.12 | 400.15 | 3,674.77 |
| Union Ot 2.0X | 47.9864 | 1.47 | 70.54 | 459.18 |
| Desig Holiday | | | | 191.92 |
| Flt Holiday | | | | 191.92 |
| Sick Hours | | | | 383.84 |
| **Gross Pay** | | | **$1,430.29** | 10,851.15 |

| Deductions | | | |
|---|---|---|---|
| Statutory | | | |
| Federal Income Tax | | -125.44 | 1,062.69 |
| Social Security Tax | | -88.68 | 672.77 |
| Medicare Tax | | -20.74 | 157.34 |
| PA State Income Tax | | -43.91 | 333.14 |
| Philadelphia Income Tax | | -55.37 | 420.07 |
| PA SUI Tax | | -0.86 | 6.51 |
| Other | | | |
| 4Th Ck Of Mo | | | 74.00 |
| **Net Pay** | | **$1,095.29** | |
| Checking | | -1,095.29 | |
| **Net Check** | | **$0.00** | |

Your federal taxable wages this period are
$1,430.29

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Totl Hrs Worked | 62.59 | |

**Important Notes**
YOUR COMPANY PHONE NUMBER IS 866-504-6943
For customer service assistance, contact askPAYROLL via
Email at askPAYROLL@dhl.com or telephone 1-866-504-6943

For easy access to your pay information, logon to MyADP at
https://My.ADP.com

**Additional Tax Withholding Information**
Taxable Marital Status:
  PA:  Single
Exemptions/Allowances:
  PA:  N/A

| Kronos PTO | YTD Taken | Balance |
|---|---|---|
| Anniversary Day | 0.00 | 0.00 |
| Birthday | 0.00 | 0.00 |
| Personal | 8.00 | 32.00 |
| Sick | 16.00 | 8.00 |
| Sick Bank | 0.00 | 0.00 |
| Vacation | 0.00 | 0.00 |

**Employee Info**
Vantage ID                                      31801000

---

DHL EXPRESS (USA), INC.
360 WESTAR BLVD.
WESTERVILLE, OH 43082

Advice number:    00000072778
Pay date:         02/18/2021

Deposited to the account of       account number    Transit  ABA     amount
MATTHEW JAMES                     xxxxxxx757        XXXX XXXX        $1,095.29

**THIS IS NOT A CHECK**

**NON-NEGOTIABLE**

| CO. | FILE | DIV | DEPT. | VCHR NO | |
|---|---|---|---|---|---|
| GFK | 124081 | 121 | 006334 | 0000062800 | 1 |
| | | | HRID | 400557976 | |

131-0095

DHL EXPRESS (USA), INC.
360 WESTAR BLVD.
WESTERVILLE, OH 43082

## Earnings Statement

ADP

Period Beginning: 02/01/2021
Period Ending: 02/07/2021
Pay Date: 02/11/2021

Filing Status: Head of household
Exemptions/Allowances:
  Federal: Standard Withholding Table

MATTHEW JAMES
2652 S. 72ND
PHILADELPHIA  PA  19153

### Earnings

| Earnings | rate | units | this period | year to date |
|---|---|---|---|---|
| Regular | 23.9900 | 32.00 | 767.68 | 4,989.92 |
| Overtime | 35.9848 | 15.15 | 545.17 | 3,274.62 |
| Sick Hours | 23.9900 | 8.00 | 191.92 | 383.84 |
| Union Ot 2.0X | 47.9800 | 1.00 | 47.98 | 388.64 |
| Desig Holiday | | | | 191.92 |
| Flt Holiday | | | | 191.92 |
| **Gross Pay** | | | **$1,552.75** | 9,420.86 |

### Deductions

| | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -152.38 | 937.25 |
| | Social Security Tax | -96.27 | 584.09 |
| | Medicare Tax | -22.51 | 136.60 |
| | PA State Income Tax | -47.67 | 289.23 |
| | Philadelphia Income Tax | -60.11 | 364.70 |
| | PA SUI/SDI Tax | -0.93 | 5.65 |
| | Other | | |
| | 4Th Ck Of Mo | | 74.00 |
| | **Net Pay** | **$1,172.88** | |
| | Checking | -1,172.88 | |
| | **Net Check** | **$0.00** | |

Your federal taxable wages this period are $1,552.75

### Other Benefits and Information

| | this period | total to date |
|---|---|---|
| Totl Hrs Worked | 48.15 | |

### Important Notes

YOUR COMPANY PHONE NUMBER IS 866-504-6943
For customer service assistance, contact askPAYROLL via
Email at askPAYROLL@dhl.com   or telephone 1-866-504-6943

For easy access to your pay information, logon to MyADP at https://My.ADP.com

### Additional Tax Withholding Information

Taxable Marital Status:
  PA:   Single
Exemptions/Allowances:
  PA:   N/A

| Kronos PTO | YTD Taken | Balance |
|---|---|---|
| Anniversary Day | 0.00 | 0.00 |
| Birthday | 0.00 | 0.00 |
| Personal | 8.00 | 32.00 |
| Sick | 16.00 | 8.00 |
| Sick Bank | 0.00 | 0.00 |
| Vacation | 0.00 | 0.00 |

### Employee Info

Vantage ID                                31801000

©2000 ADP, LLC

---

DHL EXPRESS (USA), INC.
360 WESTAR BLVD.
WESTERVILLE, OH 43082

Advice number: 00000062800
Pay date: 02/11/2021

| Deposited to the account of | account number | Transit ABA | amount |
|---|---|---|---|
| MATTHEW JAMES | xxxxxx757 | XXXX XXXX | $1,172.88 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

| CO. | FILE | DIV | DEPT. | VCHR NO | |
|---|---|---|---|---|---|
| GFK | 124081 | 121 | 006334 | 0000052824 | 1 |
| | | | HRID | 400557976 | |

Page 1 (Con't Next Page)    130-0095

DHL EXPRESS (USA), INC.
360 WESTAR BLVD.
WESTERVILLE, OH 43082

## Earnings Statement    ADP

| | |
|---|---|
| Period Beginning: | 01/25/2021 |
| Period Ending: | 01/31/2021 |
| Pay Date: | 02/04/2021 |

Filing Status: Head of household
Exemptions/Allowances:
Federal: Standard Withholding Table

MATTHEW JAMES
2652 S. 72ND
PHILADELPHIA PA 19153

### Earnings

| | rate | units | this period | year to date |
|---|---|---|---|---|
| Regular | 23.9900 | 40.00 | 959.60 | 4,222.24 |
| Overtime | 35.9848 | 17.13 | 616.42 | 2,729.45 |
| Union Ot 2.0X | 47.9747 | 1.58 | 75.80 | 340.66 |
| Desig Holiday | | | | 191.92 |
| Flt Holiday | | | | 191.92 |
| Sick Hours | | | | 191.92 |
| **Gross Pay** | | | **$1,651.82** | 7,868.11 |

### Deductions

**Statutory**

| | | |
|---|---|---|
| Federal Income Tax | -174.18 | 784.87 |
| Social Security Tax | -102.41 | 487.82 |
| Medicare Tax | -23.95 | 114.09 |
| PA State Income Tax | -50.71 | 241.56 |
| Philadelphia Income Tax | -63.95 | 304.59 |
| PA SUI/SDI Tax | -0.99 | 4.72 |

**Other**

| | | |
|---|---|---|
| 4Th Ck Of Mo | | 74.00 |
| **Net Pay** | **$1,235.63** | |
| Checking | -1,235.63 | |
| **Net Check** | **$0.00** | |

Your federal taxable wages this period are $1,651.82

### Other Benefits and Information

| | this period | total to date |
|---|---|---|
| Totl Hrs Worked | 58.71 | |

### Important Notes

YOUR COMPANY PHONE NUMBER IS 866-504-6943

VERIFY YOUR ADDRESS ON YOUR EARNINGS STATEMENT CONTACT YOUR HR MANAGER ASAP IF A CHANGE IS NEEDED

For customer service assistance, contact askPAYROLL via Email at askPAYROLL@dhl.com or telephone 1-866-504-6943

For easy access to your pay information, logon to MyADP at https://My.ADP.com

### Additional Tax Withholding Information

Taxable Marital Status:
  PA: Single
Exemptions/Allowances:
  PA: N/A

| Kronos PTO | YTD Taken | Balance |
|---|---|---|
| Anniversary Day | 0.00 | 0.00 |
| Birthday | 0.00 | 0.00 |
| Personal | 8.00 | 32.00 |
| Sick | 8.00 | 16.00 |
| Sick Bank | 0.00 | 0.00 |
| Vacation | 0.00 | 0.00 |

©2000 ADP LLC

---

DHL EXPRESS (USA), INC.
360 WESTAR BLVD.
WESTERVILLE, OH 43082

| | |
|---|---|
| Advice number: | 00000052824 |
| Pay date: | 02/04/2021 |

Deposited to the account of
MATTHEW JAMES

| account number | Transit  ABA | amount |
|---|---|---|
| xxxxxx5757 | XXXX XXXX | $1,235.63 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

```
CO.   FILE    DIV   DEPT.   VCHR NO
GFK   124081  121   006334  0000042873   1
                            HRID 400557976
Page 1 (Con't Next Page)              154-0095
```

DHL EXPRESS (USA), INC.
360 WESTAR BLVD.
WESTERVILLE,   OH  43082

# Earnings Statement    ADP

Period Beginning:   01/18/2021
Period Ending:      01/24/2021
Pay Date:           01/28/2021

Filing Status: Head of household
Exemptions/Allowances:
    Federal: Standard Withholding Table

MATTHEW JAMES
2652 S. 72ND
PHILADELPHIA  PA 19153

| Earnings | rate | units | this period | year to date |
|---|---|---|---|---|
| Regular | 23.9900 | 40.00 | 959.60 | 3,262.64 |
| Overtime | 35.9850 | 18.03 | 648.81 | 2,113.03 |
| Union Ot 2.0X | 47.9867 | 1.50 | 71.98 | 264.86 |
| Desig Holiday | | | | 191.92 |
| Flt Holiday | | | | 191.92 |
| Sick Hours | | | | 191.92 |
| **Gross Pay** | | | **$1,680.39** | 6,216.29 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -180.46 | 610.69 |
| | Social Security Tax | -104.18 | 385.41 |
| | Medicare Tax | -24.37 | 90.14 |
| | PA State Income Tax | -51.59 | 190.85 |
| | Philadelphia Income Tax | -65.05 | 240.64 |
| | PA SUI/SDI Tax | -1.01 | 3.73 |
| | Other | | |
| | 4Th Ck Of Mo | -74.00 | 74.00 |
| | **Net Pay** | **$1,179.73** | |
| | Checking | -1,179.73 | |
| | **Net Check** | **$0.00** | |

Your federal taxable wages this period are
$1,680.39

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Toll Hrs Worked | 59.53 | |

**Important Notes**
YOUR COMPANY PHONE NUMBER IS 866-504-6943

VERIFY YOUR ADDRESS ON YOUR EARNINGS STATEMENT
CONTACT YOUR HR MANAGER ASAP IF A CHANGE IS
NEEDED
For customer service assistance, contact askPAYROLL via
Email at askPAYROLL@dhl.com  or telephone 1-866-504-6943

For easy access to your pay information, logon to MyADP at
https://My.ADP.com

**Additional Tax Withholding Information**
Taxable Marital Status:
    PA:        Single
Exemptions/Allowances:
    PA:        N/A

| Kronos PTO | YTD Taken | Balance |
|---|---|---|
| Anniversary Day | 0.00 | 0.00 |
| Birthday | 0.00 | 0.00 |
| Personal | 8.00 | 32.00 |
| Sick | 8.00 | 16.00 |
| Sick Bank | 0.00 | 0.00 |
| Vacation | 0.00 | 0.00 |

©2000 ADP, LLC

---

DHL EXPRESS (USA), INC.
360 WESTAR BLVD.
WESTERVILLE, OH 43082

Advice number:   00000042873
Pay date:        01/28/2021

| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| MATTHEW JAMES | xxxxx3757 | xxxx xxxx | $1,179.73 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

| CO. | FILE | DIV | DEPT. | VCHR NO | |
|---|---|---|---|---|---|
| GFK | 124081 | 121 | 006334 | 00000032800 | 1 |
| | | | HRID | 400557976 | |
| Page 1 (Con't Next Page) | | | | 123-0095 | |

DHL EXPRESS (USA), INC.
360 WESTAR BLVD.
WESTERVILLE, OH 43082

## Earnings Statement

ADP

Period Beginning:  01/11/2021
Period Ending:     01/17/2021
Pay Date:          01/21/2021

Filing Status: Head of household
Exemptions/Allowances:
  Federal: Standard Withholding Table

MATTHEW JAMES
2652 S. 72ND
PHILADELPHIA  PA  19153

| Earnings | rate | units | this period | year to date |
|---|---|---|---|---|
| Regular | 23.9900 | 40.00 | 959.60 | 2,303.04 |
| Overtime | 35.9847 | 17.02 | 612.46 | 1,464.22 |
| Union Ot 2.0X | 47.9800 | 2.00 | 95.96 | 192.88 |
| Desig Holiday | | | | 191.92 |
| Flt Holiday | | | | 191.92 |
| Sick Hours | | | | 191.92 |
| **Gross Pay** | | | **$1,668.02** | 4,535.90 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -177.74 | 430.23 |
| | Social Security Tax | -103.42 | 281.23 |
| | Medicare Tax | -24.19 | 65.77 |
| | PA State Income Tax | -51.21 | 139.26 |
| | Philadelphia Income Tax | -64.57 | 175.59 |
| | PA SUI/SDI Tax | -1.00 | 2.72 |
| **Net Pay** | | **$1,245.89** | |
| Checking | | -1,245.89 | |
| **Net Check** | | **$0.00** | |

Your federal taxable wages this period are $1,668.02

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Totl Hrs Worked | 59.02 | |

### Important Notes
YOUR COMPANY PHONE NUMBER IS 866-504-6943

VERIFY YOUR ADDRESS ON YOUR EARNINGS STATEMENT CONTACT YOUR HR MANAGER ASAP IF A CHANGE IS NEEDED

For customer service assistance, contact askPAYROLL via Email at askPAYROLL@dhl.com    or telephone 1-866-504-6943

For easy access to your pay information, logon to MyADP at https://My.ADP.com

### Additional Tax Withholding Information
Taxable Marital Status:
  PA:    Single
Exemptions/Allowances:
  PA:    N/A

| Kronos PTO | YTD Taken | Balance |
|---|---|---|
| Anniversary Day | 0.00 | 0.00 |
| Birthday | 0.00 | 0.00 |
| Personal | 8.00 | 32.00 |
| Sick | 8.00 | 16.00 |
| Sick Bank | 0.00 | 0.00 |
| Vacation | 0.00 | 0.00 |

©2000 ADP, LLC

DHL EXPRESS (USA), INC.
360 WESTAR BLVD.
WESTERVILLE, OH 43082

Advice number:  00000032800
Pay date:       01/21/2021

| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| MATTHEW JAMES | xxxxx3757 | xxxx xxxx | $1,245.89 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

```
CO.   FILE    DIV   DEPT.    VCHR NO
GFK   124081  121   006334   0000022899    1
                        HRID 400557976
Page 1 (Con't Next Page)              129-0095
DHL EXPRESS (USA), INC.
360 WESTAR BLVD.
WESTERVILLE, OH 43082
```

## Earnings Statement

**ADP**

Period Beginning: 01/04/2021
Period Ending: 01/10/2021
Pay Date: 01/14/2021

Filing Status: Head of household
Exemptions/Allowances:
Federal: Standard Withholding Table

MATTHEW JAMES
2652 S. 72ND
PHILADELPHIA PA 19153

| Earnings | rate | units | this period | year to date |
|---|---|---|---|---|
| Regular | 23.9900 | 32.00 | 767.68 | 1,343.44 |
| Overtime | 35.9848 | 13.82 | 497.31 | 851.76 |
| Sick Hours | 23.9900 | 8.00 | 191.92 | 191.92 |
| Desig Holiday | | | | 191.92 |
| Flt Holiday | | | | 191.92 |
| Union OI 2.0X | | | | 96.92 |
| **Gross Pay** | | | **$1,456.91** | 2,867.88 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -131.30 | 262.49 |
| | Social Security Tax | -90.33 | 177.81 |
| | Medicare Tax | -21.12 | 41.58 |
| | PA State Income Tax | -44.73 | 88.05 |
| | Philadelphia Income Tax | -56.40 | 111.02 |
| | PA SUI/SDI Tax | -0.87 | 1.72 |
| **Net Pay** | | **$1,112.16** | |
| Checking | | -1,112.16 | |
| **Net Check** | | **$0.00** | |

Your federal taxable wages this period are $1,456.91

### Other Benefits and Information

| | this period | total to date |
|---|---|---|
| Toll Hrs Worked | 45.82 | |

### Important Notes

YOUR COMPANY PHONE NUMBER IS 866-504-6943

VERIFY YOUR ADDRESS ON YOUR EARNINGS STATEMENT
CONTACT YOUR HR MANAGER ASAP IF A CHANGE IS NEEDED

For customer service assistance, contact askPAYROLL via Email at askPAYROLL@dhl.com   or telephone 1-866-504-6943

For easy access to your pay information, logon to MyADP at https://My.ADP.com

### Additional Tax Withholding Information

Taxable Marital Status:
PA:    Single
Exemptions/Allowances:
PA:    N/A

| Kronos PTO | YTD Taken | Balance |
|---|---|---|
| Anniversary Day | 0.00 | 0.00 |
| Birthday | 0.00 | 0.00 |
| Personal | 8.00 | 32.00 |
| Sick | 8.00 | 16.00 |
| Sick Bank | 0.00 | 0.00 |
| Vacation | 0.00 | 0.00 |

©2000 ADP, LLC

---

DHL EXPRESS (USA), INC.
360 WESTAR BLVD.
WESTERVILLE, OH 43082

Advice number:    00000022899
Pay date:    01/14/2021

Deposited to the account of             account number    transit  ABA    amount
MATTHEW JAMES                           xxxxxxx757        XXXX XXXX      $1,112.16

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

| CO. | FILE | DIV | DEPT. | VCHR NO |
|---|---|---|---|---|
| GFK | 124081 | 121 | 006334 | 0000016764  1 |
| | | | HRID | 400557976 |

Page 1 (Con't Next Page)    134-0095
DHL EXPRESS (USA), INC.
360 WESTAR BLVD.
WESTERVILLE, OH 43082

## Earnings Statement

**ADP**

Period Beginning:    12/28/2020
Period Ending:       01/03/2021
Pay Date:            01/07/2021

Filing Status: Head of household
Exemptions/Allowances:
  Federal: Standard Withholding Table

MATTHEW JAMES
2652 S. 72ND
PHILADELPHIA PA 19153

| Earnings | rate | units | this period | year to date |
|---|---|---|---|---|
| Regular | 23.9900 | 24.00 | 575.76 | 575.76 |
| Overtime | 35.9848 | 9.85 | 354.45 | 354.45 |
| Desig Holiday | 23.9900 | 8.00 | 191.92 | 191.92 |
| Flt Holiday | 23.9900 | 8.00 | 191.92 | 191.92 |
| Union Ot 2.0X | 47.9802 | 2.02 | 96.92 | 96.92 |
| **Gross Pay** | | | **$1,410.97** | 1,410.97 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -121.19 | 121.19 |
| | Social Security Tax | -87.48 | 87.48 |
| | Medicare Tax | -20.46 | 20.46 |
| | PA State Income Tax | -43.32 | 43.32 |
| | Philadelphia Income Tax | -54.62 | 54.62 |
| | PA SUI/SDI Tax | -0.85 | 0.85 |
| **Net Pay** | | **$1,083.05** | |
| Checking | | -1,083.05 | |
| **Net Check** | | **$0.00** | |

Your federal taxable wages this period are $1,410.97

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Totl Hrs Worked | 35.87 | |

**Important Notes**
YOUR COMPANY PHONE NUMBER IS 866-504-6943

VERIFY YOUR ADDRESS ON YOUR EARNINGS STATEMENT CONTACT YOUR HR MANAGER ASAP IF A CHANGE IS NEEDED

For customer service assistance, contact askPAYROLL via Email at askPAYROLL@dhl.com or telephone 1-866-504-6943

For easy access to your pay information, logon to MyADP at https://My.ADP.com

**Additional Tax Withholding Information**
Taxable Marital Status:
  PA:    Single
Exemptions/Allowances:
  PA:    N/A

| Kronos PTO | YTD Taken | Balance |
|---|---|---|
| Anniversary Day | 0.00 | 0.00 |
| Birthday | 0.00 | 0.00 |
| Personal | 8.00 | 32.00 |
| Sick | 0.00 | 24.00 |
| Sick Bank | 0.00 | 0.00 |
| Vacation | 0.00 | 0.00 |

© 2008 ADP, LLC

DHL EXPRESS (USA), INC.
360 WESTAR BLVD.
WESTERVILLE, OH 43082

Advice number:    00000016764
Pay date:         01/07/2021

Deposited to the account of    account number    transit ABA    amount
MATTHEW JAMES                  xxxxxx3757         xxxx xxxx      $1,083.05

**THIS IS NOT A CHECK**

**NON-NEGOTIABLE**