# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re | : | Chapter 13 |
| Matthew O James | : | |
| | : | |
| Debtor(s) | : | Bankruptcy No. 21-12131 mdc |

## NOTICE

To the debtor, debtor's counsel, trustee, and creditor PA Dept. of Revenue;

NOTICE is hereby given that:

Pursuant to Federal Rules of Bankruptcy Procedure 3004 and 3005, you are hereby notified that a proof of claim in the amount of $ 12,482.40 has been filed in your name by Erik Jensen, Esq. on February 3, 2022.

Dated: February 4, 2022

FOR THE COURT

TIMOTHY B. MCGRATH
CLERK

By: Y. Woods
Deputy Clerk

cc:
Debtor
Counsel to Debtor
Trustee
Creditor

ntc of clm by 2nd party.rev
(07/13)