UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

IN RE:                                                          CASE NO.: 21-12131-mdc
Matthew O. James,                                         CHAPTER 13
        Debtor
_____/

**PRAECIPE TO WITHDRAW OBJECTION TO CONFIRMATION**

     **PLEASE TAKE NOTICE THAT**, on behalf of DLJ Mortgage Capital, Inc. ("Secured Creditor"), the undersigned hereby withdraws the following document:

**Objection to Confirmation of Plan (Doc. No.: 25), filed on December 9, 2021.**

                                          **Robertson, Anschutz, Schneid, Crane & Partners, PLLC**
                                          Authorized Agent for Secured Creditor
                                          6409 Congress Ave., Suite 100,
                                          Boca Raton, FL 33487
                                          Telephone: 470-321-7112

                                          By: /s/Charles Wohlrab
                                                Charles Wohlrab, Esq.
                                                Email: CWohlrab@raslg.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on  June 29, 2022 , I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

Matthew O James
2652 S. 72nd Street
Philadelphia, PA 19153

And via electronic mail to:

ERIK B. JENSEN
Jensen Bagnato, PC
1500 Walnut St.
Suite 1510
Philadelphia, PA 19102

KENNETH E. WEST
Office of the Chapter 13 Standing Trustee
1234 Market Street - Suite 1813
Philadelphia, PA 19107

United States Trustee
Office of United States Trustee
Robert N.C. Nix Federal Building
900 Market Street
Suite 320
Philadelphia, PA 19107

By: /s/ Megan Day
Megan Day
Email: mday@raslg.com