IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                          :        Chapter 13
                                                :
Matthew O James                                 :
                                                :        No. 21-12131-mdc
                Debtor                          :

### CERTIFCATE OF SERVICE

I, Erik B. Jensen Esquire, Attorney for the above-named Debtor, hereby certifies that I caused a true and correct copy of the Debtor's Amended Chapter 13 plan to be served upon all parties as per the Claims Register, via first class regular mail on April 12, 2022.

Date: 7/29/22                                   /s/ Erik B. Jensen_____
                                                Erik B. Jensen, Esquire
                                                1500 Walnut Street, Suite 1510
                                                Philadelphia, PA 19102
                                                215-546-4700