IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| Matthew O. James | : | |
| | : | |
| | : | BANKRUPTCY NO.: 21-12131-mdc |

**NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE**

Debtor, by his attorney, Erik B. Jensen, Esquire, has filed a Motion to Approve a Loan Modification.

Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)

1. If you do not want the Court to grant the relief sought in the motion, or if you want the court to consider your views on the motion, then on or before October 7, 2022 you or you attorney must do all of the following:

(a) file an answer explaining your position at:
Office of the Clerk
U.S. Bankruptcy Court
Suite 400
900 Market Street
Philadelphia PA 19107

If you mail your answer to the Bankruptcy Clerk office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

(b) mail a copy to the Movant's attorney:
Erik B. Jensen Esquire
1500 Walnut Street, Suite 1510
Philadelphia, PA 19102

Kenneth West, Trustee
Office if the Chapter 13 Standing Trustee
PO Box 40837
Philadelphia PA 19107

2. If you or your attorney do not take the steps described in paragraphs 1(a) and 1 (b) above and attended the hearing, the court may enter an Order granting the relief requested in the Motion.

3. A hearing on the Motion is scheduled to be held before the Honorable Magdeline D. Coleman, United States Bankruptcy Judge on October 27, 2022 at 11:00am in Courtroom 2, United States Bankruptcy Court, 900 Market Street, 2nd Floor.

4. If a copy of the Motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

5. You may contact the Bankruptcy Clerk's office at 215-408-2800, to find out whether the hearing has been cancelled because no one filed an answer.