United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Matthew O James  
Debtor

Case No. 21-12131-mdc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2  
Date Rcvd: Dec 22, 2022

User: admin  
Form ID: 155

Page 1 of 3  
Total Noticed: 25

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 24, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Matthew O James, 2652 S. 72nd Street, Philadelphia, PA 19153-2410 |
| 14652530 | + | DLJ Mortgage Capital, Inc., c/o Rebecca Solarz, Esq., 701 Market St., Ste 5000, Philadelphia, PA 19106-1541 |
| 14626627 | + | Fedloan, Attn: Bankruptcy, Po Box 69184, Harrisburg, PA 17106-9184 |
| 14631942 | | U.S. Department of Education, c/o FedLoan Servicing, P.O. Box 69184, Harrisburg, PA 17106-9184 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14627765 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Dec 22 2022 23:53:00 | AmeriCredit Financial Services, Inc., dba GM Financial, P O Box 183853, Arlington, TX 76096 |
| 14626624 | + | Email/Text: bankruptcy@acimacredit.com | Dec 22 2022 23:53:00 | Acima Credit, 9815 South Monroe Street, 4th Floor, Sandy, UT 84070-4384 |
| 14626625 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Dec 22 2022 23:53:00 | AmeriCredit/GM Financial, Attn: Bankruptcy, Po Box 183853, Arlington, TX 76096-3853 |
| 14637554 | | Email/Text: megan.harper@phila.gov | Dec 22 2022 23:53:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14626626 | + | Email/Text: bncnotifications@pheaa.org | Dec 22 2022 23:53:00 | Cornerstone/American Education Services, Attn: Bankruptcy, Po Box 2461, Harrisburg, PA 17105-2461 |
| 14641924 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Dec 22 2022 23:53:00 | DLJ MORTGAGE CAPITAL, INC., Select Portfolio Servicing, Inc., PO Box 65250, Salt Lake City, UT 84165-0250 |
| 14652284 | ^ | MEBN | Dec 22 2022 23:50:16 | DLJ Mortgage Capital, Inc., C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14633621 | + | Email/Text: RASEBN@raslg.com | Dec 22 2022 23:53:00 | DLJ Mortgage Capital, Inc., c/o Robertson, Anschutz, Schneid, Crane, Partners, PLLC, 130 Clinton Rd #202, Fairfield, NJ 07004-2927 |
| 14626628 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Dec 22 2022 23:57:48 | First Premier Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 14626629 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Dec 22 2022 23:53:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14629284 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 22 2022 23:57:44 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14626630 | + | Email/Text: nsm_bk_notices@mrcooper.com | Dec 22 2022 23:53:00 | Mr. Cooper, Attn: Bankruptcy, Po Box 619098, Dallas, TX 75261-9098 |

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Dec 22, 2022 | Form ID: 155 | Total Noticed: 25 |

| | | | | |
|---|---|---|---|---|
| 14626631 | + | Email/PDF: cbp@onemainfinancial.com | Dec 22 2022 23:57:48 | OneMain Financial, Attn: Bankruptcy, Po Box 3251, Evansville, IN 47731-3251 |
| 14626810 | + | Email/PDF: rmscedi@recoverycorp.com | Dec 22 2022 23:57:39 | Orion, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14626763 | + | Email/PDF: rmscedi@recoverycorp.com | Dec 22 2022 23:57:48 | Orion, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14626632 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 22 2022 23:53:00 | PA Dept. of Revenue, Bankruptcy Division P.O. Box 280946, Harrisburg, PA 17128-0001 |
| 14626633 | + | Email/Text: BKEBN-Notifications@ocwen.com | Dec 22 2022 23:53:00 | PHH Mortgage Services, Attn: Research/Bankruptcy, 1661 Worthington Rd Ste 100, West Palm Beach, FL 33409-6493 |
| 14626634 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 22 2022 23:57:39 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 14641757 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 22 2022 23:57:44 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14632287 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Dec 22 2022 23:53:00 | Premier Bankcard, LLC, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud MN 56302-7999 |
| 14626635 | + | Email/PDF: resurgentbknotifications@resurgent.com | Dec 22 2022 23:57:48 | Resurgent Capital Services, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |

TOTAL: 21

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14628163 | *P++ | AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL, PO BOX 183853, ARLINGTON TX 76096-3853, address filed with court:, Americredit Financial Services, Inc., dba GM Financial, PO Box 183853, Arlington, TX 76096 |
| 14666418 | *+ | PA Dept of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0946 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 24, 2022        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 22, 2022 at the address(es) listed below:**

**Name**                **Email Address**

BRIAN CRAIG NICHOLAS
                on behalf of Creditor DLJ Mortgage Capital Inc. bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com

CHARLES GRIFFIN WOHLRAB

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Dec 22, 2022 | Form ID: 155 | Total Noticed: 25 |

on behalf of Creditor DLJ Mortgage Capital Inc. cwohlrab@raslg.com

ERIK B. JENSEN

on behalf of Debtor Matthew O James erik@jensenbagnatolaw.com
jordan@jensenbagnatolaw.com;jennifer@jensenbagnatolaw.com;mjmecf@gmail.com;jensener79956@notify.bestcase.com

JEFFREY M. CARBINO

on behalf of Debtor Matthew O James jeff.carbino@offitkurman.com

KENNETH E. WEST

ecfemails@ph13trustee.com philaecf@gmail.com

KENNETH E. WEST

on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com

United States Trustee

USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 7

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Matthew O James
    Debtor(s)

Chapter: 13

Bankruptcy No: 21−12131−mdc

_____

### ORDER CONFIRMING PLAN UNDER CHAPTER 13

    AND NOW, this 22nd of December 2022 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

    Magdeline D. Coleman
    Chief Judge ,
    United States Bankruptcy Court

81 − 12
Form 155