# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 21-12131-MDC

MATTHEW  O JAMES

2652 S. 72ND STREET

PHILADELPHIA, PA 19153

      Debtor

## <u>CERTIFICATE OF SERVICE</u>

**AND NOW**, comes Kenneth E. West, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

MATTHEW  O JAMES

2652 S. 72ND STREET

PHILADELPHIA, PA 19153

Counsel for debtor(s), by electronic notice only.

JENSEN BAGNATO, P.C.
1500 WALNUT STREET
SUITE 1510
PHILADELPHIA, PA 19102-

/S/ Kenneth E. West

Date: 3/21/2023

_____

Kenneth E. West, Esquire
Chapter 13 Standing Trustee