IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| In re: | : | |
|---|---|---|
| | : | Chapter 13 |
| Matthew O James | : | |
| | : | Bankruptcy No: 21-12131-mdc |
| Debtor. | : | |

# O R D E R

AND NOW, upon consideration of the Motion to Modify Plan After Confirmation and after notice and an opportunity to be heard, it is hereby

ORDERED that the Debtor's confirmed plan is modified to reflect that $5,229.00 has been paid to the Trustee and the Debtor shall pay $259.35 per month for the remaining 32 months, and the Modified Plan shall be the new plan.

Date 09/08/2023

_____
HONORABLE MAGDELINE D. COLEMAN
UNITED STATES BANKRUPTCY JUDGE