**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

**IN RE:**

    **Matthew James**                                        **Chapter: 13**


                                                   **Bky. No. 21-12131-elf**

        **Debtor(s).**


## O R D E R

Upon consideration of the Application for Compensation (the "Application") filed by the

Debtor's counsel (the "Applicant") and upon the Applicant's certification that proper service has been

made on all interested parties and upon the Applicant's certification of no response,

It is hereby **ORDERED** that:

1.  The Application is **GRANTED.**

2.  Compensation is **ALLOWED** in favor of the Applicant in the amount of **$4,000.00** .

3.  The Chapter 13 Trustee is authorized to distribute to the Applicant as an administrative expense

    pursuant to 11 U.S.C. §1326(b), 11 U.S.C. §507, 11 U.S.C. §503(b)

    and 11 U.S.C. §330(a)(4)(B), the allowed compensation set forth in ¶2less **$500.00** which was paid

    by the Debtor(s) prepetition, to the extent such distribution is authorized under the terms of the

    confirmed chapter 13 plan.


**Dated**: October 23, 2023

                                              _____
                                              **MAGDELINE D. COLEMAN**
                                              **CHIEF UNITED STATES BANKRUPTCY JUDGE**