# United States Bankruptcy Court
# Eastern District of Pennsylvania

| | |
|---|---|
| In re:<br><br>    Matthew O James,<br><br>            Debtor. | Case No. 21-12131-pmm<br><br>Chapter 13 |

## Withdrawal of Appearance

To the Clerk of Court:

    Please withdraw my appearance as counsel for the Debtor in this matter.

Date: May 31, 2024

JENSEN BAGNATO, P.C.
*Outgoing Counsel for Debtor*

By: /s/ Erik B. Jensen
Erik B. Jensen
1500 Walnut Street, Suite 1510
Philadelphia, PA 19102
215-546-4700
erik@jensenbagnatolaw.com

## Entry of Appearance

To the Clerk of Court:

    Please enter my appearance as counsel for the Debtor in this matter.

Date: May 31, 2024

CIBIK LAW, P.C.
*Counsel for Debtor*

By: /s/ Michael A. Cibik
Michael A. Cibik (#23110)
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
help@cibiklaw.com